Núm. 3.—BERDECÍA, peticionario, *v.* COMISIÓN INDUSTRIAL, ET AL., dmdos.—■ Noviembre 9, 1936.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Examinada la solicitud que antecede a la luz del caso de *Amenguar* v. *Comisión Industrial,* 49 D.P.R. 10, y tratándose, como se trata, únicamente de una cuestión de apreciación de prueba, no ha lugar a la revisión solicitada.

El Juez Presidente Sr. del Toro no intervino.

Núm. 5.—MORALES, dmdte. *v.* COMISIÓN INDUSTRIAL, dmda.—■ Noviembre 9, 1936.

(Por la corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

Examinada la solicitud que antecede a la luz del caso de *Amenguar* v. *Comisión Industrial,* 49 D.P.R. 10, y tratándose, como se trata, únicamente de una cuestión de apreciación de prueba, no ha lugar a la revisión solicitada.

El Juez Presidente Sr. del Toro no intervino.

Núm. 4.—MONTANER, recurrente, *v.* LA COMISIÓN INDUSTRIAL, recurrida.—■ Diciembre 14, 1936.

(Por la corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

Visto el inciso tercero del artículo 35 de la Ley núm. 45, aprobada en 18 de abril de 1935, se fija en la cantidad de $50.00 el importe de los servicios prestados ante esta Corte Suprema por los abogados Besosa & Besosa en representación de los menores Angel Manuel y Zaida Iris Montero Martínez.

El Juez Presidente Sr. del Toro no intervino.